IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01035-ZLW-CBS

IVETTE FERNANDEZ,

    Plaintiff,

v.

STARBUCKS CORPORATION d/b/a
STARBUCKS COFFEE COMPANY, LTD.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion for Entry of Stipulation and Protective Order (*doc. no. 29*) is **GRANTED**. The Stipulation and Protective Order submitted August 27, 2007 (*doc. no. 29-2*) shall be signed and entered on this date.

    In addition to Fed.R.Civ.P. 26(c)(2), and D.C.Colo.L.CivR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.Colo.L.CivR.) regarding the execution of this protective order.

**DATED:**    August 28, 2007