IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

September 4, 2007

Darlene Martinez, Court Reporter
LaDonne Bush, Deputy Clerk

Civil Action No. 07-cv-01035-ZLW-CBS

IVETTE FERNANDEZ,                         Daniel E. Friesen

Plaintiff,

v.

STARBUCKS CORPORATION d/b/a       Mary L. Will
STARBUCKS COFFEE COMPANY, LTD.,

Defendant.

## COURTROOM MINUTES

Hearing on Defendant's Partial Motion To Dismiss

2:14 p.m.    Court in session.

Court's preliminary comments.

Offer of proof by Ms. Will.

Response to offer of proof by Mr. Friesen.

Reply by Ms. Will.

Further argument by Mr. Friesen and Ms. Will.

Court's ruling.

**ORDERED:**    Defendant's Partial Motion To Dismiss (Doc. 11) is denied. The case will go forward on the gender claim, as well as the claim for race discrimination.

3:00 p.m.     Court in recess.

**Clerk's Note**: The three documents provided to the Court by Mr. Friesen during the hearing are attached and marked as Exhibits 1, 2 and 3.

Time: 00:46
Hearing concluded.