IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01035-ZLW-KMT

IVETTE FERNANDEZ,

    Plaintiff,

v.

STARBUCKS CORPORATION d/b/a
STARBUCKS COFFEE COMPANY, LTD.,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Plaintiff's Unopposed Motion to Vacate Settlement Conference" (#64, filed March 25, 2008) is GRANTED. The Settlement Conference set for March 26, 2008 is VACATED.

Dated: March 26, 2008