IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01035-ZLW-CBS

IVETTE FERNANDEZ,

    Plaintiff,

v.

STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, LTD.,

    Defendant.

---

ORDER

---

In consideration of Plaintiff's Unopposed Motion To Hold Case Deadlines In Abeyance Pending Settlement (Doc. # 67), it is

ORDERED that the motion is GRANTED and this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before April 11, 2008. If by that date settlement papers have not been received by the Court, on April 18, 2008 the case will be dismissed without prejudice unless a motion for a new scheduling order is filed by the parties.

DATED at Denver, Colorado, this  2nd  day of  April , 2008.

BY THE COURT:

*Zita L. Weinshienk*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court