IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01035-ZLW-KMT

IVETTE FERNANDEZ,

　　　Plaintiff,

v.

STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, LTD.,

　　　Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

　　　Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(i)(A)(ii) and the parties' Stipulation Of Dismissal With Prejudice (Doc. # 71) signed by counsel for Plaintiff and Defendant, it is hereby

　　　ORDERED that all claims asserted by Plaintiff against Defendant and all counterclaims asserted by Defendant against Plaintiff herein shall be dismissed with prejudice, each party to bear her or its own costs.

　　　DATED this  15th  day of April, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court